UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI LACHAPELLE,<br>    Plaintiff | : |
| | : |
| | :    CIVIL NO.: |
| v. | : |
| | : |
| GENERATIONS FAMILY HEALTH CENTER, | : |
|     Defendant | :    FEBRUARY 10, 2017 |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Generations Family Health Center respectfully states as follows.

1.    On January 16, 2017, Plaintiff served Defendant with a Complaint filed by Plaintiff in Connecticut Superior Court, Judicial District of Windham at Putnam, entitled <u>Lori Lachapelle [*sic*] v. Generations Family Health Center</u>, with docket number WWM-CV17-6011148-S (the "State Action"). No further proceedings have been had in the State Court Action. Defendant has not served an Answer or responsive pleading to the Complaint, nor made any argument before the Superior Court in the State Court Action. Copies of all process, pleadings and orders served upon Defendant in the State Court Action are attached as Exhibit A.

2.    Defendant seeks to remove the State Court Action to this Court on the ground that original jurisdiction exists pursuant to 28 U.S.C. § 1331, because Plaintiff alleges violations of the Fair Labor Standards Act, 29 U.S.C. § 213.

3.    This Petition is filed with this Court within thirty (30) days of Defendant's receipt of the formal Summons and Complaint in the State Court Action.

4.      Defendant submits this Petition without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pleaded claims upon which relief can be granted.

5.      This Petition will be filed promptly with the Superior Court for the Judicial District of Windham at Putnam, as required by 28 U.S.C. § 1446(d).

6.      By copy of this document and in accordance with the Certificate of Service, Defendant is providing notice to all parties in this action advising of the filing of this Petition for Removal pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that the State Court Action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Windham at Putnam, be removed to this U.S. District Court.

DEFENDANT,
GENERATIONS FAMILY HEALTH CENTER


By: */s/ David R. Golder*
David R. Golder (ct 27941)
Sally Welch St. Onge (ct 27693)
golderd@jacksonlewis.com
sally.stonge@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

2

## <u>CERTIFICATION OF SERVICE</u>

The undersigned hereby certifies that, on this 10th day of February, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Sally Welch St. Onge*
Sally Welch St. Onge

# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**See other side for instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 155 Church Street, Putnam, CT 06260 | ( 860 ) 928-7749 | **January** Month | **31** Day | **2** 017 Year |

| ☒ Judicial District | ☐ G.A. Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| ☐ Housing Session | | **Putnam** | Major: **T** | Minor: **90** |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Leonard A. McDermott, Employee Advocates, 35 Porter Ave 3B, Naugatuck, CT 06770 | 414783 |

| Telephone number *(with area code)* | Signature of Plaintiff *(if self-represented)* |
|---|---|
| ( 203 ) 723-9610 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* len@employeeadvocatesllc.com |
|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| **First Plaintiff** | Name: **Lori Lachappelle** <br> Address: **3 Ash Street, Putnam, CT 06260** | P-01 |
| **Additional Plaintiff** | Name: <br> Address: | P-02 |
| **First Defendant** | Name: **Generations Family Health Center** <br> Address: **40 Mansfield Avenue, Willimantic, CT 06226** | D-01 |
| **Additional Defendant** | Name: <br> Address: | D-02 |
| **Additional Defendant** | Name: <br> Address: | D-03 |
| **Additional Defendant** | Name: <br> Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left | Date signed |
|---|---|---|---|
| | | Leonard A. McDermott | 12/27/16 |

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. <br> b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. <br> c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. <br> d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

Print Form          Reset Form

RETURN DATE: JANUARY 31, 2017    :    SUPERIOR COURT
               :

LORI LACHAPELLE,         :    J.D. OF WINDHAM
      *Plaintiff*         :

VS.     ,            :    AT PUTNAM
               :

GENERATIONS FAMILY HEALTH   :
CENTER              :
      *Defendant*      :    DECEMBER 26, 2016

## COMPLAINT

### First Count

1. Plaintiff Lori Lachapelle resides at 3 Ash Street, Putnam, CT 06260.

2. Defendant, Generations Family Health Center, is located at 40 Mansfield Avenue, Willimantic, CT 06226.

3. Plaintiff is employed by Defendant as a non-union dental hygienist.

4. Defendant has misclassified Plaintiff, a dental hygienist, as salaried, exempt from overtime, in violation of Conn. Gen. Stat. §31-60, §31-76b, and §31-76c.

5. Plaintiff has worked more than forty hours per week for the past two years and is non-exempt under Conn. Gen. Stat §31-58f.

6. Defendant has refused to pay overtime in violation of Conn. Gen. Stat. §31-71d even though Plaintiff has asked to be paid.

7. Defendant required Plaintiff to work more than forty hours each week during the past two years, claiming that she was salaried and non-exempt.

8. During the past two years, Defendant has docked Plaintiff's pay when she missed partial days due to an illness; adjusts her pay to the amount of hours worked.

9. Plaintiff has been required, during the past two years, to stay late to lock the doors, set the building's alarms, stock and fill supplies, bag instruments, clear patient's treatment rooms, as examples of non-exempt duties.

EMPLOYEE ADVOCATES, L.L.C., LEONARD A. McDERMOTT
35 PORTER AVENUE, 3B, P.O.Box 205, NAUGATUCK, CT 06770 – JURIS NUMBER 414733 – TELEPHONE (203) 723-9610

10. Additionally, Plaintiff has been required to transport equipment and supplies from the main location to mobile programs and to her home to the mobile programs beyond the (40) forty hours over the last two years.

11. Plaintiff has suffered monetary damages under Conn. Gen. Stat. §31-72.

**Second Count**

4. Defendant has misclassified Plaintiff as exempt from overtime in violation of the Fair Labor Standards Act (FLSA), 29 U.S.C. §213.

5. Plaintiff has worked more than forty (40) hours per week during the past two years and has not received overtime pay.

6. Defendant has refused to pay overtime even though Plaintiff was asked to be paid, in violation of the FLSA, §207(a).

7. During the past two years, Defendant has docked Plaintiff's pay when she missed partial days due to an illness; adjusts her pay to the amount of hours worked.

8. Plaintiff has been required, during the past two years, to stay late to lock the doors, set the building's alarms, stock and fill supplies, bag instruments, clear patient's treatment rooms, as examples of non-exempt duties.

9. Additionally, Plaintiff has been required to transport equipment and supplies from the main location to mobile programs and to her home to the mobile programs beyond the (40) forty hours over the last two years.

10. During the past 2 years, Plaintiff has been required to "volunteer" for events that promote Defendant's business which occurred outside of and beyond the (40) forty hour work week in violation of the FLSA, §207(a).

EMPLOYEE ADVOCATES, L.L.C., LEONARD A. McDERMOTT

35 PORTER AVENUE, 3B, P.O.Box 205, NAUGATUCK, CT 06770 – JURIS NUMBER 414783 – TELEPHONE (203) 723-9610

2

11. Defendant has failed to keep and preserve records that detail all the hours Plaintiff has worked during the past two years in violation of the FLSA, §211(c).

12. Plaintiff has suffered monetary damages due to the Defendant's violation of the FLSA, as described above.

EMPLOYEE ADVOCATES, L.L.C., LEONARD A. McDERMOTT
35 PORTER AVENUE, 3E, P.O.BOX 205, NAUGATUCK, CT 06770 – JURIS NUMBER 414783 – TELEPHONE (203) 723-9610

3

EMPLOYEE ADVOCATES, L.L.C., LEONARD A. McDERMOTT
35 PORTER AVENUE, 3B, P.O. BOX 205, NAUGATUCK, CT 06770 – JURIS NUMBER 414783 – TELEPHONE (203) 723-9610

**WHEREFORE,** Plaintiff claims:

1. Monetary Damages;

2. Double the amount of overtime wages payable under §31-71.

3. Attorney fees under §31-72.

4. Costs of this action; and

5. Any equitable relief that this court deems just.

<div style="margin-left:40%">

THE PLAINTIFF
LORI LACHAPELLE


By: *Leonard A McDermott*
    Leonard A. McDermott
    Employee Advocates, LLC
    35 Porter  Avenue – Suite 3B
    P.O. Box 205
    Naugatuck, CT 06770
    Juris #414783
    Telephone: (203) 723-9610
    Fax: (203) 723-1032

</div>

A TRUE AND ATTESTED COPY
*[signature]*
STATE OF CONNECTICUT

4

RETURN DATE: JANUARY 31, 2017    :    SUPERIOR COURT

LORI LACHAPELLE,                :    J.D. OF WINDHAM
      *Plaintiff*            :
VS.                        :    AT PUTNAM
                           :

GENERATIONS FAMILY HEALTH  :
CENTER                    :
      *Defendant*         :    DECEMBER 26, 2016

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff in the above matter claims money damages in excess of FIFTEEN

THOUSAND ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF
LORI LACHAPELLE

By: *Leonard A McDermott*
Leonard A. McDermott
Employee Advocates, LLC
35 Porter Avenue – Suite 3B
P.O. Box 205
Naugatuck, CT 06770
Juris #414783
Telephone: (203) 723-9610
Fax: (203) 723-1032

A TRUE AND ATTESTED COPY
STATE OF CONNECTICUT

5